Paul C. Hays, OSB 751531
paul@pchayslaw.com
Paul C. Hays Attorney at Law
10300 SW Greenburg Rd., Ste 310
Portland, OR 97223
Tel: (971) 330-5372
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TEAMSTERS 206 EMPLOYERS TRUST by and through its Board of Trustees,<br>   Plaintiff,<br><br>   v.<br><br>BOYD COFFEE COMPANY dba BOYD'S COFFEE and FARMER BROS. CO., dba FARMER BROTHERS and dba BOYD'S COFFEE,<br>   Defendants. | Case No. 3:19-cv-00129-SB<br><br>DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FARMER BROS. CO. |

## **ORDER**

On June 17, 2019, plaintiff filed notice pursuant to Fed. R. Civ. Pro. 41(a)(1) and moved to dismiss its lawsuit against Defendant Farmer Bros. Co., only, without prejudice.

WHEREFORE, IT IS ORDERED defendant Farmer Bros. Co., only, is dismissed from this matter without prejudice.

IT IS SO ORDERED:

Date: 6/18/2019

/s/ Stacie F. Beckerman
STACIE F. BECKERMAN
U.S. Magistrate Judge